IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nelson, LaTreece M

Printed: 11/18/08

Case Number:  08 B 00183
Judge:  Hollis, Pamela S
Filed:  1/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 6, 2008
Confirmed: April 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,785.00 |  |
| Secured: |  | 625.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,046.88 |
| Trustee Fee: |  | 113.12 |
| Other Funds: |  | 0.00 |
| Totals: | 1,785.00 | 1,785.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,046.88 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 15,685.24 | 625.00 |
| 3. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 49.86 | 0.00 |
| 8. | CitiFinancial Auto Credit Inc | Unsecured | 63.76 | 0.00 |
| 9. | Target National Bank | Unsecured | 30.91 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 143.56 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 108.58 | 0.00 |
| 12. | Sallie Mae | Unsecured |  | No Claim Filed |
| 13. | Sallie Mae | Unsecured |  | No Claim Filed |
| 14. | Sallie Mae | Unsecured |  | No Claim Filed |
| 15. | Advocate Medical Group S.C. | Unsecured |  | No Claim Filed |
| 16. | Collect Systems | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 19. | Emergency Care Health Organization | Unsecured |  | No Claim Filed |
| 20. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 21. | Harris & Harris | Unsecured |  | No Claim Filed |
| 22. | Cyber Collection | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Nelson, LaTreece M

Printed: 11/18/08

Case Number: 08 B 00183
Judge: Hollis, Pamela S
Filed: 1/5/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | CCA | Unsecured | | No Claim Filed |
| 29. | Marie Wilson-Marshall MD | Unsecured | | No Claim Filed |
| 30. | KCA Financial Services | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 32. | Midamerica Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 33. | MRSI | Unsecured | | No Claim Filed |
| 34. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 35. | Christ Medical Center | Unsecured | | No Claim Filed |
| 36. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 37. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 38. | MRSI | Unsecured | | No Claim Filed |
| 39. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 40. | Palmer And Reisler | Unsecured | | No Claim Filed |
| 41. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 42. | Advocate MSO Services | Unsecured | | No Claim Filed |
| 43. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 44. | Rickenbacker Group | Unsecured | | No Claim Filed |
| 45. | One Iron Ventures | Unsecured | | No Claim Filed |
| 46. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 47. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 48. | State Collection Service | Unsecured | | No Claim Filed |
| 49. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 50. | West Asset Management | Unsecured | | No Claim Filed |
| 51. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 52. | Payday Loan | Unsecured | | No Claim Filed |
| 53. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 54. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| | | | $ 19,545.91 | $ 1,671.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 14.27 |
| 6.5% | 98.85 |
| | $ 113.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

